# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

HEARING DATE: January 21, 2021
JUDGE: Brett H. Ludwig
CASE NO.: 20-cv-0453-BHL
CASE NAME: Kornowski v. Metalcraft of Mayville Inc
MATTER: Status Conference
APPEARANCES: Larry A Johnson, Attorney for Plaintiff
Ronald S Stadler and Thomas P Krukowski, Attorneys for Defendant
TIME: 11:30 a.m. – 11:50 a.m.
COURTROOM DEPUTY: Melissa P.
AUDIO OF THIS HEARING IS AT ECF NO. 28

The Court heard argument on plaintiff's motion to dismiss the case with prejudice and on defendant's motion for attorneys' fees. The Court denied defendant's motion for fees because the case had only been pending a short time before the issue arose, plaintiff promptly responded to defendant's Rule 11 safe harbor letter, and plaintiff's conduct did not unreasonably and vexatiously multiply proceedings. *See* 28 U.S.C. §1927. The Court granted plaintiff's motion to dismiss, with prejudice and without conditions, for the same reasons. Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for attorneys' fees, ECF No. 15, is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion to dismiss, ECF No. 11, is **GRANTED**. The case is **DISMISSED with prejudice**.

Dated at Milwaukee, Wisconsin on January 21, 2021.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge